AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 17-MJ-1408 | Date and time warrant executed: 06/08/2017 7:30 pm | Copy of warrant and inventory left with: |
| Inventory made in the presence of: TFO Benjamin Brookshire, SA Davis King | | |

Inventory of the property taken and name of any person(s) seized:

2 electronic files downloaded from the Law Enforcement Requests System provided by Facebook. The files consist of one PDF File, and one zipped archive file, containing the Facebook records of Amanda HOBBS. The files were burned to a disc.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/29/2017

_Executing officer's signature_

TFO Benjamin Brookshire
_Printed name and title_